**Order entered October 22, 2020**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01515-CR**
**No. 05-19-01517-CR**
**No. 05-19-01518-CR**
**No. 05-19-01519-CR**
**No. 05-19-01544-CR**
**No. 05-19-01546-CR**

**JIMMY DUANE TUCKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-84179-2017 & 366-84425-2019**

**ORDER**

We **GRANT** the State's October 21, 2020 motion for an extension of time to file its brief in these appeals and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    CORY L. CARLYLE
         JUSTICE